**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In re                                                                          Case No. 11-14564 MSH
                                                                               Chapter 7

Julie A. Feierstein

Debtor

**DEFICIENCY NOTICE RE: PETITION FOR PAYMENT OF UNCLAIMED FUNDS**

The Court is unable to process your *Petition for Payment of Unclaimed Funds* without additional information.

1. The Addendum included in the materials must be verified.
2. Statement in support of payment from the legally appointed personal representative of The Estate of Neal Eric Feierstein.

Please submit the additional items checked below to the Finance Office **within 45 days of the date of this Notice:**

Finance Office
United States Bankruptcy Court
John. W. McCormack Post Office & Court House
5 Post Office Square, Suite 1150
Boston, MA 02109-3945

If you have any questions, please do not hesitate to contact the Financial Administrator, Chris O'Gorman at 617-565-6339 or the Court at the number below.

Dated:  August 15, 2016                                                 By the Court,

                                                                        /s/Judith P. Crossen
                                                                        Chief Deputy Clerk
                                                                        Telephone 617-748-5300