UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re: )
)
    Julie A. Feierstein    )     Case No.  11-14564 MSH
)     Chapter 7
    Debtor )
)

### ORDER DENYING PETITION FOR PAYMENT OF UNCLAIMED FUNDS

**IT IS HEREBY ORDERED** that the *Petition for Payment of Unclaimed Funds* filed on 8/9/2016 by Dilks & Knopik, LLC on behalf of Wendy M. Feierstein For the Estate of Neal Feierstein in the amount of $8,760.61 **is denied without prejudice** for failure to provide the Court with documentation evidencing the petitioner's right to collect sufficient to support payment pursuant to 28 U.S.C. §2042.

Dated: Nov. 28, 2016

BY THE COURT

_____
United States Bankruptcy Judge